KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

Attorneys for First Commerce, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST COMMERCE, LLC, an Oregon Limited Liability Company,<br><br>             Plaintiff,<br>    vs.<br><br>MATTHEW D. SHELDON, an individual,<br><br>             Defendant. | Case No.  2:13-cv-01915-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

The parties stipulate that plaintiff First Commerce, LLC shall have an extension until February 15, 2016 to file its response to defendant Matthew Sheldon's Motion for Summary Judgment (#26), filed on January 13, 2016.

This request will not prejudice any party and is made without the purpose of delay, but to accommodate the schedule of counsel and to allow sufficient time to prepare the response brief.  Plaintiff's counsel has associated with a new firm and has requested additional time to handle the transfer of this case to the new firm and prepare plaintiff's response to the motion for summary judgment.  Defendant's counsel has agreed.  The parties therefore stipulate that plaintiff will have one extra week to file its response and make this stipulation in good faith.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1755212_1

Page 1 of 2

There is good cause for the Court to approve this stipulation in order to accommodate the schedule of counsel.  This is the first request for such an extension.

| KAEMPFER CROWELL | BACKUS, CARRANZA & BURDEN |
|---|---|
| By /s/ Joni A. Jamison | By /s/ Shea A. Backus |
|    Robert McCoy, No. 9121 |    Shea A. Backus, No. 8361 |
|    Joni A. Jamison, No. 11614 |    3050 S. Durango Drive |
|    1980 Festival Plaza Drive, Suite 650 |    Las Vegas, NV 89117 |
|     Las Vegas, Nevada 89135 | |
| Attorneys for First Commerce, LLC | Attorney for Matthew D. Sheldon |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: February 8, 2016.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1755212_1

Page 2 of 2