# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FIRST COMMERCE. LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>MATTHEW D. SHELDON,<br><br>        Defendant. | Case No. 2:13-cv-01915-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Scheduling Order (ECF No. 9) filed on January 2, 2014 required the parties to file a joint pretrial order no later than July 21, 2014, or 30 days after a decision on the dispositive motions. On December 3, 2015, the Court extended the dispositive motions deadline to January 15, 2016. *See* ECF No. 25. A motion for summary judgment (ECF No. 26) was decided on September 29, 2016, in which case the date for filing the joint pretrial order was suspended until 30 days after the decision. There are no further dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **December 15, 2016.** Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 8th day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge