**Marquis Aurbach Coffing**
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
Attorneys for First Commerce LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST COMMERCE LLC, an Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW D. SHELDON, an individual,<br><br>Defendant. | Case Number:<br>2:13-cv-01915-RFW-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |

Jack Chen Min Juan, Esq. of the law firm of MARQUIS AURBACH COFFING is hereby substituted as attorneys for the Plaintiff, First Commerce LLC, in the above-entitled action, in place of and instead of Plaintiffs' prior attorneys, Joni A. Jamison, Esq. and Robert McCoy, Esq.

Dated this 26 day of June, 2017.

FIRST COMMERCE LLC

By: _____
Name: Teresa M. Shill
Title: In-House Counsel

## CONSENT

As former attorneys for Plaintiff, I hereby consent to the above and foregoing substitution of Jack Chen Min Juan, Esq. in my place and stead as attorneys of record for Plaintiffs.

Dated this 28 day of June, 2017.

KAEMPFER CROWELL

By _____
Robert McCoy, Esq.
Nevada Bar. No. 9121
Joni A. Jamison, Esq.
Nevada Bar No. 11614
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

## ACCEPTANCE

I hereby accept the above and foregoing substitution as attorney for Plaintiff, FIRST COMMERCE LLC.

MARQUIS AURBACH COFFING

By _____
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Drive
Las Vegas, Nevada 89145

**IT IS SO ORDERED**

Dated: June 29, 2017

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF ATTORNEY** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 26 day of June, 2017.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

/s/ Jennifer Case
Jennifer Case, an employee of Marquis Aurbach Coffing