# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FIRST COMMERCE, LLC, | |
|         Plaintiff, | Case No. 2:13-cv-01915-RFB-GWF |
| vs. | **ORDER** |
| MATTHEW D. SHELDON, | |
|         Defendant. | |

The Court conducted a settlement conference in this matter on November 2, 2017. Although no settlement was reached, the parties made substantial progress toward settlement and wish to continue negotiations. Therefore, this case is STAYED for a period of sixty (60) days from the date of this order so that the parties may pursue settlement. In addition, the joint pretrial order deadline is extended to **January 29, 2018**.

**IT IS SO ORDERED.**

DATED this 2nd day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge