1 **Marquis Aurbach Coffing**
Jack Chen Min Juan, Esq.
2 Nevada Bar No. 6367
10001 Park Run Drive
3 Las Vegas, Nevada 89145
Telephone: (702) 382-0711
4 Facsimile: (702) 382-5816
jjuan@maclaw.com
5 Attorneys for First Commerce LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIRST COMMERCE LLC, an Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW D. SHELDON, an individual,<br><br>Defendant. | Case Number: 2:13-cv01915-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PROPOSED JOINT PRETRIAL ORDER**<br>**(SECOND REQUEST)** |

Plaintiff, First Commerce LLC ("FCLLC"), by and through their counsel of record, "Jack" Chen Min Juan, Esq. of the law firm of Marquis Aurbach Coffing and Defendant, Matthew D. Sheldon ("SHELDON"), by and through his counsel of record Shea A. Backus, Esq. of BACKUS, CARRANZA & BURDEN hereby stipulate and agree as follows:

1. The parties hereto have potentially reached an imminent settlement of all claims.

2. The parties will now finalize their resolution in the form of a settlement agreement.

//
//
//
//
//
//

3. The current January 29, 2018 deadline for the parties to submit their joint Pre-Trial Order will now be continued to February 12, 2018.

Dated this <u>26th</u> day of January, 2018  Dated this 26th day of January, 2018

**MARQUIS AURBACH COFFING**  **BACKUS CARRANZA**

By:/s/Jack Juan, Esq.  By:/s/Shea Backus, Esq.
   Jack Chen Min Juan, Esq.     Shea A. Backus, Esq.
   Nevada Bar No. 6367     Nevada Bar No. 8361
   10001 Park Run Dr.     3050 S. Durango Dr.
   Las Vegas, Nevada 89145     Las Vegas, NV 89117
   Attorney for Plaintiff     Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the Parties shall submit their Proposed Joint Pretrial Order on or before February 12, 2018.

Dated January 30, 2018

_____
UNITED STATES MAGISTRATE JUDGE