**Marquis Aurbach Coffing**
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
Attorneys for First Commerce LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FIRST COMMERCE LLC, an Oregon Limited Liability Company,

Plaintiff,

vs.

MATTHEW D. SHELDON, an individual,

Defendant.

Case Number: 2:13-cv01915-GWF

**STIPULATION AND ORDER FOR MUTUAL DISMISSAL WITH PREJUDICE**

Plaintiff, First Commerce LLC ("FCLLC"), by and through their counsel of record, "Jack" Chen Min Juan, Esq. of the law firm of Marquis Aurbach Coffing and Defendant, Matthew D. Sheldon ("SHELDON"), by and through his counsel of record Shea A. Backus, Esq. of BACKUS, CARRANZA & BURDEN hereby stipulate and agree as follows:

1. The parties have resolved all of their allegations, claims, damages, defenses and the like at issue in this referenced case and pursuant to the parties' settlement agreement and release, which is incorporated herein by reference; and

. . .

. . .

. . .

. . .

. . .

. . .

. . .



MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2. The parties hereby mutually dismiss, with prejudice, their respective allegations, claims, damages and the like at issue in this matter, known or unknown which directly and indirectly arises from the facts and circumstances in this lawsuit.

Dated this 27 day of February, 2018

**MARQUIS AURBACH COFFING**

By: ______________________
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Dr.
Las Vegas, Nevada 89145
Attorney for Plaintiff

Dated this 27th day of February, 2018

**BACKUS CARRANZA**

By: /s/Shea Backus, Esq.
Shea A. Backus, Esq.
Nevada Bar No. 8361
3050 S. Durango Dr.
Las Vegas, NV 89117
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the above referenced matter be dismissed, with prejudice.

Dated February 28, 2018.

______________________
RICHARD F. BOULWARE, II
United States District Judge



MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816